UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 11-20045

-vs-                      HONORABLE MARK A. RANDON

BOBBY REID,

        Defendant.
_____/

## ORDER OF REMOVAL

In accordance with the stipulation of the parties and upon defendant's waiver of his right to notice and a hearing under Title 8, United States Code, Section 1228(c)(2), and the defendant's stipulation to the entry of a judicial order of removal from the United States as set forth in the Plea Agreement in this matter pursuant to Title 8, United States Code, Section 1228(c)(5), and with the concurrence of the designee of the Assistant Secretary for Immigration and Customs Enforcement:

IT IS ORDERED that the defendant, BOBBY REID, alien registration number 200-677-147, be removed and deported from the United States to the country of Guyana, or to any other country as prescribed by the immigration laws and regulations of the United States upon completion of any term of incarceration imposed.

                IT IS SO ORDERED.

                s/Mark A. Randon
                Mark A. Randon
                United States Magistrate Judge

Dated: April 18, 2012

                *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, April 18, 2012, electronically.*

                *s/Melody R. Miles*
                *Case Manager to Magistrate Judge Mark A. Randon*
                *(313) 234-5542*